727 A.2d 1021

IN THE MATTER OF KARL A. FENSKE,
AN ATTORNEY AT LAW.

May 3, 1999.

## ORDER

The Disciplinary Review Board on January 13, 1999, having filed with the Court its decision concluding that a letter of admonition should be issued to **KARL A. FENSKE of MORRIS-TOWN,** who was admitted to the bar of this State in 1977, for violation of *RPC* 1.15(a) (improper release of escrow funds), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.